UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| PRESERVE FRENCH CREEK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CORBIN HERMAN, and UNKNOWN OFFICIALS of CITY OF CUSTER, SOUTH DAKOTA; CITY OF CUSTER, SOUTH DAKOTA; HUNTER ROBERTS, and UNKNOWN OFFICIALS of DEPARTMENT OF AGRICULTURE AND NATURAL RESOURCES; SOUTH DAKOTA DEPARTMENT OF AGRICULTURE AND NATURAL RESOURCES; and DeWILD, GRANT, RECKERT AND ASSOCIATES COMPANY d/b/a DGR ENGINEERING,<br><br>Defendants. | Civ. No. 5:25-CV-05045<br><br>**STIPULATION BY ALL PARTIES** |
|---|---|

Plaintiff Preserve French Creek, Inc., by and through Conor P. Casey of Beardsley, Jensen & Lee, Prof. L.L.C., and Defendants, Corbin Herman and Unknown Officials of City of Custer, South Dakota, and City of Custer, South Dakota, ("City of Custer Defendants") by and through Richard M. Williams of Gunderson, Palmer, Nelson & Ashmore, LLP, attorneys for City of Custer Defendants, and Defendants Hunter Roberts and Unknown Officials of Department of Agriculture and Natural Resources and South Dakota Department of Agriculture and Natural Resources (DANR) by and through their attorney, Jennifer Verleger, and Defendant DeWild, Grant, Reckert and

Associates Company d/b/a DGR Engineering (DGR) by and through its attorney, Gregory Wheeler, and file this Stipulation By All Parties.

Defendants City of Custer, DNAR and Hunter Roberts filed their Motions to Dismiss on June 30, 2025. Plaintiff is requesting a week extension to the deadline to file a response to the Motion to Dismiss, and to be allowed to file a single Omnibus Response to both Motions. Plaintiff has conferred with Defendants, who have no objection to this motion and as such, the parties respectfully request the Court sign the attached Order extending Plaintiff's deadline to respond to July 28, 2025.

Dated: July 14th, 2025.

BEARDSLEY, JENSEN & LEE, Prof. L.L.C.

By: ______________________

Conor P. Casey
Steven C. Beardsley
*Plaintiff*
4200 Beach Drive, Suite 3
P.O. Box 9579
Rapid City, SD 57709
Telephone: (605) 721-2800
E-mail: ccasey@blackhillslaw.com
E-mail: sbeards@blackhillslaw.com

Dated: July 15, 2025.

GUNDERSON, PALMER, NELSON
& ASHMORE, LLP

By: ______________________

Richard M. Williams
*Attorneys for City of Custer Defendants*
506 Sixth Street
P.O. Box 8045
Rapid City, SD 57709
Telephone: (605) 342-1078
E-mail: rwilliams@gpna.com

Dated: July 14, 2025

MARTY J. JACKLEY
ATTORNEY GENERAL

By: ______________________________

Jennifer L. Verleger
Assistant Attorney General
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501
Telephone: (605) 773-2243
Email: Jennifer.Verleger@state.sd.us
*Attorneys for Hunter Roberts and Department of Agriculture and Natural Resources*

Dated: July 14, 2025

BOYCE LAW FIRM, LLP

By: ______________________

Gregory H. Wheeler
Attorney for DeWild, Grant, Reckert and Associates Company dlb/a DGR Engineering 300 S. Main Avenue
Sioux Falls, SD 57104 Telephone: (605) 336.2424
E-mail: ghwheeler@boycelaw.com